IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02406-EWN-CBS

ROBERT E. QUINTANO,
        Applicant,
v.

WARDEN LOU ARCHULETA, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO, JOHN SUTHERS,
        Respondents.

_____

ORDER EXTENDING TIME TO ANSWER

_____

Magistrate Judge Craig B. Shaffer

        This civil action comes before the court on Quintano's Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 ("Petition") (doc. # 3).  Pursuant to the General Order of Reference dated December 8, 2006 (doc. # 6), this civil action was referred to the Magistrate Judge to, *inter alia*, "[h]ear and determine any pretrial matter" and "to submit to me proposed recommendations for my disposition of any motion . . . to dismiss the entire action involuntarily." On December 8, 2006, the court directed Respondents to "file an answer conforming to the requirements of Rule 5 of the Rules Governing Section 2254 Cases" on or before January 8, 2007. (*See* doc. # 7).  After further review, it is now

        ORDERED that the deadline for Respondents to file an Answer to the Petition is hereby extended to **February 9, 2007**.

        Dated at Denver, Colorado this  day of December 27th, 2006.

                                        BY THE COURT:


                                        *s/Craig B. Shaffer*
                                        United States Magistrate Judge