IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02406-EWN-CBS

ROBERT E. QUINTANO,
    Applicant,
v.

WARDEN LOU ARCHULETA, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO, JOHN SUTHERS,
    Respondents.

## ORDER TO RE-MAIL DOCUMENT TO PETITIONER

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on the mail that was returned as undeliverable on March 8, 2007. The returned envelope indicated that "name and DOC # don't match." (*See* doc. # 16). After careful review, the court notes that the mailing to Petitioner was mis-addressed by the Clerk of the Court. Petitioner's Department of Corrections number is **105549**, not 165549. Accordingly, IT IS ORDERED that the Clerk of the Court shall re-mail doc. # 7 to Petitioner.

    Dated at Denver, Colorado this 8th day of March, 2007.

                              BY THE COURT:

                              s/Craig B. Shaffer
                              United States Magistrate Judge