IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02406-EWN-CBS

ROBERT E. QUINTANO,
    Applicant,
v.

WARDEN LOU ARCHULETA, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO, JOHN SUTHERS,
    Respondents.

ORDER

Magistrate Judge Craig B. Shaffer

This civil action comes before the court on: (1) Mr. Quintano's "Motion for Discovery to the Attorney General" (filed June 6, 2007) (doc. # 24); and (2) Mr. Quintano's "Motion for Additional Record and Extension of Time" (filed June 6, 2007) (doc. # 23). Pursuant to the General Order of Reference dated December 8, 2006 (doc. # 6) and the memorandum dated June 6, 2007 (doc. # 25), these matters were referred to the Magistrate Judge.

First, Mr. Quintano seeks a copy of "Attachment O" to Respondents' Answer to Application for Writ of Habeas Corpus. On June 1, 2007, Respondents mailed Attachment O to Mr. Quintano. (*See* "Notice of Service" (doc. # 22)). Second, Mr. Quintano seeks an extension of 45 additional days to file a reply to Respondents' Answer to Application for Writ of Habeas Corpus. The court now being sufficiently advised in the premises,

IT IS ORDERED that:

1. Mr. Quintano's "Motion for Discovery to the Attorney General" (filed June 6, 2007) (doc. # 24) is DENIED as moot, as Respondents have already served him with the document he seeks. 2. Mr. Quintano's "Motion for Additional Record . . . " (filed June 6, 2007) (doc. # 23) is DENIED as moot, as Respondents have already served him with the document he seeks.

3.      Mr. Quintano's "Motion for . . . Extension of Time" (filed June 6, 2007) (doc. # 23) is GRANTED and Mr. Quintano may file his reply to Respondents' Answer to Application for Writ of Habeas Corpus **on or before August 6, 2007**.

Dated at Denver, Colorado this 7th day of June, 2007.

BY THE COURT:

s/Craig B. Shaffer
United States Magistrate Judge